

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00656-CR

**EX PARTE** Trace **MCKAY**

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2017W0541
Honorable Andrew Carruthers, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 10, 2018.

_____
Irene Rios, Justice